UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:26-cr-00379-CMS-JMB |
| | ) |
| v. | ) |
| | ) |
| EMMANUEL NUHU, | ) |
| JABARI ANTWINE, | ) |
| RODRIGUE KWEFO, | ) |
| SAHR JIMISSAH, | ) |
| ASHU ASHU, | ) |
| ERNEST AKORO, and | ) |
| ZIE CHE, | ) |
| | ) |
| Defendants. | ) |

**STATEMENT OF ORGANIZATIONAL VICTIMS**
**PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)**

The United States herewith files its Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2). Under Rule 12.4 of the Federal Rules of Criminal Procedure, the United States must provide the Court with a statement identifying corporate victims of criminal activity. Fed. R. Crim. P. 12.4(a)(2). The United States must also provide certain ownership information concerning corporate victims to the extent this information is available through due diligence. *Id.* This information is intended to aid the Court in complying with its obligations under the Code for Conduct for United States Judges. *See* Fed. R. Crim. P. 12.4 advisory committee's note.

The United States has used due diligence and identified what it believes are the corporate victims potentially affected by the defendants' conduct alleged in the Indictment. Those victims are listed below. The United States believes that this list will allow the Court to make an informed decision of whether it has any "financial interest in the subject matter of the controversy." *Id.* (quoting Code of Judicial Conduct, Canon 3C(1)(c) (1972)).

1. Meta Platforms, Inc. f/k/a Facebook. Ultimate parent company: None. The United

States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

2. PURIS LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

3. Toll Global Forwarding (USA) Inc. Ultimate parent company: Japan Post Holdings Co., Ltd. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

4. S4M, Ltd. d/b/a Solutions 4 Manufacturing. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

5. Options for Learning. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

6. Thorpe Design Ltd. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

7. Mazza + Niro, PLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

8. Danielski Farms Inc. d/b/a Danielski Harvesting & Farming. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

9. Leav & Steinberg, LLP. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

10. Conley Griggs Partin LLP. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

11. Dayton Street Partners LLC. Ultimate parent company: None. The United States

knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

12. PhaseNext Hospitality, LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

13. First Bank & Trust Co. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

14. Startup Owl LLC d/b/a InsurTech NY. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

15. Nola Investments LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

16. 3M Open Fund. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

17. Blockchain Power Corp. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

18. CFIT Holding Corporation. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

19. BRG Cedar Grove LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

20. Camp Ramah in California. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

21. Islander Club of Longboat Condominium Association, Inc. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

22. Radiant Partners LLC. Ultimate parent company: None. The United States knows

of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

23. The Sontag Group, LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

24. APS Materials, Inc. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

25. Techstone Technology Partners LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

26. Exela Technologies, Inc. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

27. Burke Construction Group, Inc. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

28. Arsenal Credit Union. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

29. Acute Behavioral Health. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

30. Regency Equity Group LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

31. Gamer JM LLC d/b/a Jersey Mike’s Subs. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

32. GCH Plano LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

33. Digital Scoreboards LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

34. Law Offices of Dawn Sydney, PLLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

35. Lime Rock Resources Operating Company Inc. Ultimate parent company: Lime Rock Management. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

36. Tsionas Management Co., Inc. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

37. RZ Service Group. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

38. Eagle Print Dynamics. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

39. Southeast Sewer & Drainage, Inc. d/b/a Jetter Depot. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

40. Weinstein Law Office PC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

41. Western Elite Genetics Mult LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

42. DAK Sliders, LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

43. Institution for Savings. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

44. Mullins Paving LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

45. CAC Services Group LLC. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

46. St. Thomas More Catholic Church. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

47. Urban Thier & Federer, PA. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

48. Vitreco Inc. Ultimate parent company: None. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

*/s/ Justin M. Ladendorf*

JUSTIN M. LADENDORF, #68558MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200